AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                              **CRIMINAL COMPLAINT**

**LATISHA WARREN        ORVIE R. ADAMS**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 8, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, , also known as PCP, a Schedule II controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **INVESTIGATOR STEVEN MANLEY**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**INVESTIGATOR STEVEN MANLEY**
**NARCOTICS & SPECIAL**
**INVESTIGATIONS DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                          City and State

_____         _____
Name & Title of Judicial Officer                Signature of Judicial Officer

# **STATEMENT OF FACTS**

On December 8, 2007, sworn officers with the Metropolitan Police Department and the Federal Bureau of Investigation Safe Streets Task Force obtained a D.C. Superior Court search warrant at xxx Xxxxxxx Xxxxxx, X.X., Washington, D.C. Before executing the warrant, defendant Orvie Adams was observed leaving the premises. Upon gaining entry defendant Warren was observed in the kitchen area. A search of the premises revealed a loaded Smith & Wesson .40 caliber handgun, a loaded Glock 10mm handgun, a loaded Kel Tec 9mm handgun, 370 grams of a white powdered substance, twenty-one half ounce bottles containing a liquid substance with a an odor consistent with PCP, a small amount of loose green weed-like substance, over $20,000 in U.S. Currency, empty pcp vials, drug paraphernalia, tally books, cell phones, a U.S. Passport, three computers, two scales, and a quantity of suspected ecstasy tablets. A portion of white powdered substance field tested positive for cocaine, and a portion of the green weed-like substance field tested positive THC. Both defendants were placed under arrest.

_____
INVESTIGATOR STEVEN MANLEY
NARCOTICS & SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF DECEMBER, 2007.

_____
U.S. MAGISTRATE JUDGE